**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Deepa Krishnan (Cal. Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kronenbergerlaw.com
deepa@kronenbergerlaw.com

**Attorneys for Plaintiff**
Quick Learning, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Quick Learning, LLC,** a Texas Limited Liability Company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>**QUICKLEARNING.COM**, an Internet domain name,<br><br>        Defendant. | Case No. C-07-06456-HRL<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On December 28, 2007, I served the following document(s):

1. CIVIL COVER SHEET
2. COMPLAINT
3. SUMMONS FOR QUICKLEARNING.COM
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
5. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION GUIDELINES

on the parties listed below as follows:

Moniker Online Services, LLC
20 SW 27 Ave., Suite 201
Pompano Beach, FL 33069
Fax: (954) 969-9155
Email: support@moniker.com

Moniker Privacy Services
20 SW 27 Ave., Suite 201
Pompano Beach, FL 33069-1925
Fax: (954) 969-9155
Email: support@moniker.com

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[X] BY EMAIL, to the address listed above. A true and accurate printout of the sent email is attached as Exhibit A.

[X] BY OVERNIGHT MAIL, via Federal Express. A true and accurate printout of Fedex shipment results is attached as Exhibit B.

[X] BY CERTIFIED MAIL. A true and accurate printout of the USPS Track & Confirm webpage is attached as Exhibit C.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Adam Schneider_
Adam Schneider

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

# Exhibit A

# Adam Schneider

| | |
|---|---|
| **From:** | Adam Schneider |
| **Sent:** | Friday, December 28, 2007 3:33 PM |
| **To:** | 'support@moniker.com' |
| **Cc:** | Karl Kronenberger; Deepa Krishnan; Pete Touschner |
| **Subject:** | Quick Learning, LLC v. QUICKLEARNING.COM |
| **Attachments:** | Quick Learning, LLC v. QUICKLEARNING.COM.pdf |

Please see attached.

Thank you,

Adam Schneider
Legal Administrative Assistant
**KRONENBERGER BURGOYNE, LLP**
150 Post Street, Suite 520
San Francisco, CA 94108-4707
(415) 955-1155, x-121
(415) 955-1158  Fax
adam@kronenbergerlaw.com
www.kronenbergerlaw.com

_____

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

# Exhibit B



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| **Ship to:** | Moniker Privacy Services<br>Moniker Online Services, LLC<br>20 SW 27TH AVE STE 201<br>POMPANO BEACH, FL  330693057<br>US<br>9549699155 | **Package type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared value:**<br>**Shipper account number:**<br>**Bill transportation to:**<br>**Courtesy rate quote:***<br>**Discounted variable %** | FedEx Envelope<br>give to scheduled courier at my location<br>1  LBS<br>0 x 0 x 0 in<br>0  USD<br>285681774<br>285681774<br>15.31 |
| **From:** | Karl Kronenberger<br>KRONENBERGER BURGOYNE, LLP<br>150 POST STREET SUITE 520<br>SAN FRANCISCO, CA  94108<br>US<br>4159551155 | **Cod amount**<br>**Special services:**<br>**Shipment Purpose:**<br>**Shipment type:**<br>**Commercial/Residential Status:** | Express<br>Commercial |
| **Tracking no:**<br>**Your reference:**<br>**Ship date:**<br>**Service type:** | 791824120810<br>Quick Learning<br>Dec 28 2007<br>Standard Overnight | | |

**Please note**

**.** *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



Track Shipments/FedEx Kinko's Orders
## Detailed Results

Close Window

 Print

| | | | |
|---|---|---|---|
| **Tracking number** | 791824120810 | **Reference** | Quick Learning |
| **Signed for by** | G.MAY | **Destination** | POMPANO BEACH, FL |
| **Ship date** | Dec 28, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 2, 2008 1:59 PM | **Service type** | Standard Envelope |
| | | **Weight** | 1.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.



[ Request copy of signature ]

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 2, 2008 | 1:59 PM | Delivered | POMPANO BEACH, FL | |
| | 8:00 AM | On FedEx vehicle for delivery | POMPANO BEACH, FL | |
| Dec 31, 2007 | 8:14 AM | At local FedEx facility | POMPANO BEACH, FL | |
| | 8:13 AM | Delivery exception | POMPANO BEACH, FL | Holiday - Business closed |
| Dec 29, 2007 | 9:36 AM | At local FedEx facility | FORT LAUDERDALE, FL | |
| | 8:22 AM | At local FedEx facility | POMPANO BEACH, FL | |
| | 8:22 AM | At local FedEx facility | POMPANO BEACH, FL | |
| | 6:08 AM | At dest sort facility | FORT LAUDERDALE, FL | |
| | 3:24 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:49 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Dec 28, 2007 | 6:14 PM | Left origin | SAN FRANCISCO, CA | |
| | 5:35 PM | Package data transmitted to FedEx | | |
| | 3:48 PM | Picked up | SAN FRANCISCO, CA | |

[ E-mail results ]  [ Track more shipments/orders ]

**Subscribe to tracking updates (optional)**

Your name: [          ]          Your e-mail address: [          ]

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| [    ] | English | | ☐ | ☐ |
| [    ] | English | | ☐ | ☐ |
| [    ] | English | | ☐ | ☐ |
| [    ] | English | | ☐ | ☐ |

**Select format:**  ⦿ HTML   ○ Text   ○ Wireless

# Exhibit C

Case 3:07-cv-06456-MHP   Document 3   Filed 01/23/2008   Page 9 of 9



**Home** | **Help** | **Sign In**

**Track & Confirm**  **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 4948 5035**
Detailed Results:

- **Delivered, January 02, 2008, 12:47 pm, POMPANO BEACH, FL 33069**
- **Notice Left, December 31, 2007, 11:44 am, POMPANO BEACH, FL 33069**
- **Acceptance, December 28, 2007, 4:09 pm, SAN FRANCISCO, CA 94104**

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

[ < Back ]     [ Return to USPS.com Home > ]

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use

National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA