**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Deepa Krishnan (Cal. Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
deepa@kronenbergerlaw.com

**Attorneys for Plaintiff**
Quick Learning, LLC
a Texas Limited Liability Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Quick Learning, LLC,** a Texas Limited Liability Company,<br><br>            Plaintiff,<br><br>     vs.<br><br>**QUICKLEARNING.COM, an Internet domain name**,<br><br>            Defendant. | Case No. C-07-06456-HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
5  subject matter or in a party that could be substantially affected by the outcome of this
6  proceeding:
7      1. Quick Learning Mexico S.A.de C.V.
8      2. Aida Alvarado
9      3. Fernando Aniceto
10     4. Anamaria Zuniga

12 Respectfully Submitted,
13 DATED: January 24, 2008        KRONENBERGER BURGOYNE, LLP

15                                         /s/
16                                 Deepa Krishnan
                                  Attorneys for Plaintiff
17                                 Quick Learning, LLC

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

## PROOF OF SERVICE

1  I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On January 24, 2008, I served the following document(s):

**1. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16**

on the parties listed below as follows:

Moniker Online Services, LLC
20 SW 27 Ave., Suite 201
Pompano Beach, FL 33069
Fax: (954) 969-9155
Email: support@moniker.com

Moniker Privacy Services
20 SW 27 Ave., Suite 201
Pompano Beach, FL 33069-1925
Fax: (954) 969-9155
Email: support@moniker.com

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[X] BY EMAIL, to the address listed above.

[ ] BY OVERNIGHT MAIL, via Federal Express.

[ ] BY CERTIFIED MAIL.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Kenneth Isaacs_
Kenneth Isaacs

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com