**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  408.535.5364

January 31, 2008

RE: CV 07-06456 HRL    QUICK LEARNING, LLC.-v- QUICKLEARNING.COM

Default is entered as to Defendant Qucklearning.Com on January 31, 2008.

RICHARD W. WIEKING, Clerk

by Betty Walton
Case Systems Administrator

NDC TR-4  Rev. 3/89