UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Quick Learning, LLC, a Texas Limited
Liability Company,

        Plaintiff(s),

  v.

QUICKLEARNING.COM, an Internet domain name,

        Defendant(s).

No. C 07-06456-HRL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 11, 2008

Signature

Counsel for   Plaintiff Quick Learning, LLC
(Plaintiff, Defendant or indicate "pro se")