**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Deepa Krishnan (Cal. Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
deepa@kronenbergerlaw.com

**Attorneys for Plaintiff**
Quick Learning, LLC
a Texas Limited Liability Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Quick Learning, LLC,** a Texas Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>**QUICKLEARNING.COM, an Internet domain name**,<br><br>    Defendant. | Case No. C-07-06456-HRL<br><br>**[PROPOSED] DEFAULT JUDGMENT**<br><br>[Notice of Application and Application for Default Judgment by Court; Declaration of Deepa Krishnan in Support Thereof Filed Concurrently Herewith]<br><br>Date:         March 25, 2008<br>Time:        10:00 a.m.<br>Courtroom: 2, 5th Floor |

C-07-06456-HRL                                                                                            **[PROPOSED] DEFAULT JUDGMENT**

**[PROPOSED] DEFAULT JUDGMENT**

The Application for Default Judgment by Court ("Application") of Plaintiff Quick Learning, LLC ("Plaintiff" or "Quick Learning") came before this Court for hearing on March 25, 2008. In the above-captioned action, Plaintiff sought to recover the domain name QUICKLEARNING.COM (the "Domain"), through an *in rem* proceeding under the Lanham Act. On January 31, 2008, the Clerk of the Court entered a default against the Domain.

With default having been entered as to QUICKLEARNING.COM, and the Court having considered Plaintiff's Application for Default Judgment by Court, the Declaration of Deepa Krishnan in Support Thereof, the pleadings and papers on file in this action, relevant statutes and case law, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

(1) Default Judgment is entered in favor of Plaintiff; and

(2) Pursuant to 15 U.S.C. § 1125(d)(1)(C), the registrar of the Domain, Moniker Online Services, LLC, shall cause the Domain to be transferred to Plaintiff; alternatively, if Moniker Online Services, LLC is not the current registrar of the Domain, the current registrar shall cause the Domain to be transferred to Plaintiff.

**IT IS SO ORDERED.**

DATED: _____         _____

HONORABLE HOWARD R. LLOYD

Magistrate Judge of the United States District Court for the Northern District of California

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com