1  **KRONENBERGER BURGOYNE, LLP**
2  Karl S. Kronenberger (Cal. Bar No. 226112)
   Deepa Krishnan (Cal. Bar No. 228664)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone:  (415) 955-1155
   Facsimile:   (415) 955-1158
5  karl@kronenbergerlaw.com
6  deepa@kronenbergerlaw.com

7  **Attorneys for Plaintiff**
   Quick Learning, LLC

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Quick Learning, LLC,** a Texas Limited Liability Company,<br><br>          Plaintiff,<br><br>     vs.<br><br>**QUICKLEARNING.COM**, an Internet domain name,<br><br>          Defendant. | Case No. C-07-06456-HRL<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On February 12, 2008, I served the following document(s):

1. **NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY COURT; DECLARATION OF DEEPA KRISHNAN IN SUPPORT THEREOF**
2. **[PROPOSED] DEFAULT JUDGMENT**

on the parties listed below as follows:

| | |
|---|---|
| Moniker Online Services, LLC<br>20 SW 27 Ave., Suite 201<br>Pompano Beach, FL 33069<br>Fax: (954) 969-9155<br>Email: support@moniker.com | Moniker Privacy Services<br>20 SW 27 Ave., Suite 201<br>Pompano Beach, FL 33069-1925<br>Fax: (954) 969-9155<br>Email: support@moniker.com |

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[X] BY EMAIL, to the address listed above.

[ ] BY OVERNIGHT MAIL, via Federal Express.

[ ] BY CERTIFIED MAIL.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Adam Schneider