UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Quick Learning, LLC, a Texas Limited Liability Company., <br><br> Plaintiff, <br><br> v. <br><br> Quicklearning.Com, an Internet domain name, <br><br> Defendant. | No. C07-06456 <br><br> **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a motion hearing in the above-entitled matter which was previously noticed for March 25, 2008 before the Honorable Judge Howard R. Lloyd has been vacated..

Dated: March 3, 2008                                          RICHARD W. WIEKING,
                                                                              United States District Court

                                                                              */s/ Patty Cromwell*
                                                                              By: Patty Cromwell
                                                                              Courtroom Deputy Clerk to
                                                                              Magistrate Judge Howard R. Lloyd

|     |                                                                      |
| --- | -------------------------------------------------------------------- |
| 1   |                                                                      |
| 2   | THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:       |
| 3   |                                                                      |
| 4   | Deepa Krishnan    deepa@kronenbergerlaw.com                          |
| 5   | Karl Stephen Kronenberger    karl@kronenbergerlaw.com                |

**United States District Court**
For the Northern District of California