UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUICK LEARNING, LLC, | No. C 07-06456 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** |
| v. | **(Scheduling Case Management Conference in Reassigned Case)** |
| QUICKLEARNING.COM, | |
| Defendant(s). | |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, April 14, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: March 6, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California