**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Deepa Krishnan (Cal. Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
deepa@kronenbergerlaw.com

**Attorneys for Plaintiff**
Quick Learning, LLC
a Texas Limited Liability Company

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Quick Learning, LLC,** a Texas Limited Liability Company,<br><br>       Plaintiff,<br><br>  vs.<br><br>**QUICKLEARNING.COM, an Internet domain name**,<br><br>       Defendant. | Case No. C-07-06456-MHP<br><br>**[PROPOSED] DEFAULT JUDGMENT**<br><br>[Notice of Application and Application for Default Judgment by Court; Declaration of Deepa Krishnan in Support Thereof Filed Concurrently Herewith]<br><br>Date:      April 14, 2008<br>Time:     2:00 p.m.<br>Courtroom:  15, 18th Floor |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1

**[PROPOSED] DEFAULT JUDGMENT**

2

3    The Application for Default Judgment by Court ("Application") of Plaintiff Quick

4   Learning, LLC ("Plaintiff" or "Quick Learning") came before this Court for hearing on April

5   14, 2008.  In the above-captioned action, Plaintiff sought to recover the domain name

6   QUICKLEARNING.COM (the "Domain"), through an *in rem* proceeding under the

7   Lanham Act.  On January 31, 2008, the Clerk of the Court entered a default against the

8   Domain.

9    With default having been entered as to QUICKLEARNING.COM, and the Court

10  having considered Plaintiff's Application for Default Judgment by Court, the Declaration

11  of Deepa Krishnan in Support Thereof, the pleadings and papers on file in this action,

12  relevant statutes and case law, and good cause appearing therefor,

13

14    **IT IS HEREBY ORDERED** that:

15   (1) Default Judgment is entered in favor of Plaintiff; and

16   (2) Pursuant to 15 U.S.C. § 1125(d)(1)(C), the registrar of the Domain, Moniker

17       Online Services, LLC, shall cause the Domain to be transferred to Plaintiff;

18       alternatively, if Moniker Online Services, LLC is not the current registrar of the

19       Domain, the current registrar shall cause the Domain to be transferred to

20       Plaintiff.

21

22  **IT IS SO ORDERED.**

23

24  DATED: _____    _____

25                                    HONORABLE MARILYN HALL PATEL

26                                    Judge of the United States District Court
                                      for the Northern District of California
27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com