UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUICK LEARNING, LLC, | No. C 07-06456 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |
| v. | |
| QUICKLEARNING.COM, | |
| Defendant(s). | |

Plaintiff, having moved this Court for a hearing on April 14, 2008, the parties are hereby notified that the motion for default judgment will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED. The case management conference, currently on calendar for April 14, 2008, is also vacated, and no appearance shall be necessary.

Richard W. Wieking
Clerk, U.S. District Court

Dated: April 11, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140